UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 SEP 28 AM 10: 34
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>Jesus CRUZ-Flores<br><br>  Defendant. | Magistrate Case No. **'07 MJ 2337**<br><br>**COMPLAINT FOR VIOLATION OF**:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **June 24, 2007**, within the Southern District of California, defendant, **Jesus CRUZ-Flores**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Deven A. Wooddy, U.S. Immigration
& Customs Enforcement, Immigration Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **28th** DAY OF **September 2007**.

_____
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**NAME: CRUZ-Flores, Jesus**

## PROBABLE CAUSE STATEMENT

As part of assigned duties of the Detention and Removal Office, Immigration Agents review various sources in order to check on aliens that have been previously removed from the United States. This is done in order to determine if subjects have returned to the United States, in violation of Title 8, United States Code, Section 1326.

On June 24, 2007, the defendant identified as, Jesus CRUZ-Flores, was apprehended by the United States Border Patrol. A field interview was conducted and it was determined that the defendant was a citizen of Mexico. Record checks revealed the defendant's criminal history and an active warrant. CRUZ-Flores was booked into Imperial County Jail and a Form I-247 (Immigration Hold) was placed pending his release from custody. On September 27, 2007, the defendant was referred to United States Immigration and Customs Enforcement custody. Immigration Agent Deven A. Wooddy conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks revealed the defendant was most recently ordered deported from the United States by an Immigration Judge on or about November 8, 2005 and removed to Mexico via the Calexico Port of Entry on November 9, 2005. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint Identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as Jesus CRUZ-Flores a citizen and national of Mexico.

All information indicates the defendant is a citizen of Mexico having been previously deported from the United States and has no legal right to re-enter.

Based upon the foregoing information, there is probable cause to believe that Jesus CRUZ-Flores has illegally re-entered the United States after Deportation, in violation of Title 8 of the United States Code 1326, "Deported Alien Found in the United States".

I, Deportation Officer (Your Name), declare under penalty of perjury, the following is true and correct: