FILED

07 NOV -1 PM 4:33

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'07 CR 3006 JLS

| UNITED STATES OF AMERICA, | ) | Criminal Case No. |
|---|---|---|
| Plaintiff, | ) | **I N D I C T M E N T** |
| v. | ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| JESUS CRUZ-FLORES, | ) | |
| Defendant. | ) | |

The grand jury charges:

On or about June 24, 2007, within the Southern District of California, defendant JESUS CRUZ-FLORES, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

//

RSK:fer:San Diego
11/1/07

It is further alleged that defendant JESUS CRUZ-FLORES, was removed from the United States subsequent to June 10, 2004.

DATED: November 1, 2007.

A TRUE BILL:

*/s/ Thomas R. Lyon*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ Rebecca S. Kanter*
REBECCA S. KANTER
Assistant U.S. Attorney