1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: carey_gorden@fd.org

5  Attorneys for Jesus Cruz-Flores

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07CR3006-JLS |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JESUS CRUZ-FLORES, | |
| Defendant. | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Rebekah W. Young
Rebekah.Young@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED:    November 6, 2007              /s/ Carey D. Gorden
                                        **CAREY D. GORDEN**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Jesus Cruz-Flores