KAREN P. HEWITT
United States Attorney
REBEKAH W. YOUNG
Assistant U.S. Attorney
California State Bar No. 214859
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7179
E-mail: rebekah.young@usdoj.gov

Attorneys for Plaintiff
United States of America

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 07CR3006-JLS |
|---|---|
| Plaintiff, | ) |
| v. | ) **GOVERNMENT'S MOTION FOR** |
|  | ) **FINGERPRINT EXEMPLARS** |
| JESUS CRUZ-FLORES, | ) **TOGETHER WITH STATEMENT OF** |
|  | ) **THE CASE AND MEMORANDUM OF** |
| Defendant. | ) **POINTS AND AUTHORITIES** |
|  | ) Date:  November 30, 2007 |
|  | ) Time:  1:30 p.m. |
|  | ) Court: The Hon. Janis L. Sammartino |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Rebekah W. Young, Assistant United States Attorney, and hereby files its Motion for Fingerprint Exemplars. This Response is based upon the files and records of the case together with the attached Statement of the Case and Memorandum of Points and Authorities.

/ /

/ /

/ /

/ /

/ /

**I**

**STATEMENT OF THE CASE**

On November 1, 2007, a federal grand jury in the Southern District of California returned a one-count Indictment charging defendant Jesus Cruz-Flores with Deported Alien Found in the United States, in violation of 8 U.S.C. §1326(a) and (b). On November 2, 2007, Defendant was arraigned on the Indictment and entered a plea of not guilty

**II**

**DEFENDANT'S MOTION FOR FINGERPRINT EXEMPLARS**

Part of the Government's burden of proof in this case is to satisfy the jury that the Defendant is the same individual who was deported from the United States to Mexico. To make that showing, the United States will call an expert in fingerprint identification to testify that the Defendant is in fact the individual whose fingerprints appear on the warrant of deportation or removal. The most efficient and conclusive manner of establishing this information is to permit the expert witness himself to take a set of Defendant's fingerprints for comparison.

Defendant's fingerprints are not testimonial evidence. See Schmerber v. California, 384 U.S. 757 (1966). Using identifying physical characteristics, such as fingerprints, does not violate Defendant's Fifth Amendment right against self-incrimination. United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969); Woods v. United States, 397 F.2d 156 (9th Cir. 1968); see also United States v. St. Onge, 676 F. Supp. 1041, 1043 (D. Mont. 1987). Thus, the United States respectfully requests that the Court order that Defendant make himself available for fingerprinting by the United States' fingerprint expert.

## III
## **CONCLUSION**

For the foregoing reasons, the Government respectfully requests its motion for fingerprint exemplars be granted.

DATED: November 14, 2007

                Respectfully Submitted,

                KAREN P. HEWITT
                United States Attorney


                /s/ ***Rebekah W. Young***
                REBEKAH W. YOUNG
                Assistant U.S. Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3006-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS CRUZ-FLORES, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, REBEKAH W. YOUNG, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **GOVERNMENT'S MOTION FOR FINGERPRINT EXEMPLARS** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Carey Gorden

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 14, 2007.

/s/ *Rebekah W. Young*
REBEKAH W. YOUNG
Assistant U.S. Attorney