**FILED**

NOV 30 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR3006-JLS |
| Plaintiff, ) | I N F O R M A T I O N |
| ) | **Superseding** |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1325 - |
| JESUS CRUZ-FLORES, ) | Illegal Entry (Misdemeanor); |
| ) | Title 8, U.S.C., Sec. 1325 - |
| Defendant. ) | Illegal Entry (Felony) |

The United States Attorney charges:

Count 1

On or about 4/1/07, within the Southern District of California, defendant JESUS CRUZ-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//

<u>Count 2</u>

On or about June 24, 2007, within the Southern District of California, defendant JESUS CRUZ-FLORES, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 11/30/07 .

KAREN P. HEWITT
United States Attorney

REBEKAH W. YOUNG
Assistant U.S. Attorney